**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**JODIE A. MILLER,**

> **Plaintiff,**

**vs.**                                                    **5:03cv318-LAC/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

> **Defendant.**

_____/


**O R D E R**

This cause is before the court upon Defendant's status report, which advises that

a decision adverse to Plaintiff, denying her benefits, was reached by an administrative

law judge on September 12, ,2005, and the Plaintiff has filed exceptions to that decision

which the Appeals Council are considering.  Doc. 21.

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **February**

**21, 2006**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on December 21, 2005.



> **s/    William C. Sherrill, Jr.**
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**