IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JODIE A. MILLER,

    Plaintiff,

vs.                                                   5:03cv318-LAC/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

    This cause is before the court upon Defendant's status report, which advises that a decision adverse to Plaintiff, denying her benefits, was reached by an administrative law judge on September 12, ,2005, and the Plaintiff has filed exceptions to that decision which the Appeals Council are considering. Doc. 23.

    Accordingly, it is **ORDERED** that the Defendant shall file a notice by **April 17, 2006**, advising the Court the status of the administrative proceedings on remand.

    **DONE AND ORDERED** on February 16, 2006.

                                            s/    William C. Sherrill, Jr.
                                            **WILLIAM C. SHERRILL, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**