IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JODIE A. MILLER,

    Plaintiff,

vs.                                     5:03cv318-LAC/WCS

JO ANNE B. BARNHART,
**Commissioner of Social Security,**

    Defendant.
_____/

**O R D E R**

    This cause is before the court upon Defendant's status report, doc. 29, which advises that a decision adverse to Plaintiff, denying benefits, was reached by an administrative law judge on September 12, ,2005. The Plaintiff has filed exceptions to that decision which the Appeals Council are considering. Doc. 27.

    Accordingly, it is **ORDERED** that the Defendant shall file a notice by **September 15, 2006**, advising the Court the status of the administrative proceedings on remand.

    **DONE AND ORDERED** on July 27, 2006.

                                                   s/    William C. Sherrill, Jr.
                                                   **WILLIAM C. SHERRILL, JR.**
                                                   **UNITED STATES MAGISTRATE JUDGE**