IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JODIE MILLER,

    Plaintiff,

vs.                                CASE NO. 5:03cv318-LC/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                  /

## REPORT AND RECOMMENDATION

This case is before the court upon Plaintiff's motion to dismiss complaint. The Defendant does not oppose the motion. Doc. 44.

It is therefore **RECOMMENDED** that the motion to dismiss be **GRANTED** and the clerk be directed to enter judgment of dismissal pursuant to FED. R. CIV. P. 41(a)(2).

**IN CHAMBERS** at Tallahassee, Florida, on June 7, 2007.

                                              s/    William C. Sherrill, Jr.
                                              WILLIAM C. SHERRILL, JR.
                                              UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 5:03cv318-LC/WCS